IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 11-cr-00362-WYD-2

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1. DALE JOHNSON,
**2. DONALD BEVERLY,**
3. RONALD BENJAMIN,
4. JIMMY HUTCHINSON,
5. VINCENT JACKSON,
6. JERROLD MINNEY, and
7. SCOTT GOLDBERG,

 Defendants.

---

**GOVERNMENT'S RESPONSE TO DEFENDANT BEVERLY'S MOTION TO TERMINTATE SUPERVISED RELEASE EARLY
[DOC. NO. 475]**

---

 The United States of America, by and through Robert C. Troyer, Acting United States Attorney for the District of Colorado, and Tim R. Neff, Assistant United States Attorney, files this response to the Defendant Beverly's request to terminate his supervised release early.

 The Government does not object to Beverly's Motion.

 Undersigned counsel for the Government consulted with the U.S. Probation Office and confirmed that the Defendant is in compliance with all terms of his supervision and is eligible for early termination based on the criteria utilized by such Office.   Although the Government is concerned that the Defendant's efforts to pay restitution have been underwhelming at best (per records kept by the U.S. Debt Collection Service the Defendant has paid a total of $1,038 over the past year towards the $1,186,055 which he was ordered to pay the victim lenders), the

Defendant appears compliant in all other aspects of his supervision. The Government will continue to seek collection of such remaining restitution through its Financial Litigation Unit.

Thus, the Government does not object to the Defendant's Motion.

Respectfully submitted this 3rd of October, 2016.

                ROBERT C. TROYER
                Acting United States Attorney

By: *s/Tim Neff*
     TIM R. NEFF
     Assistant United States Attorney
     U.S. Attorney's Office
     1225 17th St., Suite 700
     Denver, CO   80202
     Telephone:   (303) 454-0100
     Fax:   (303) 454-0402
     e-mail:   tim.neff@usdoj.gov
     Attorney for the Government

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of October, 2016, I electronically filed the foregoing **GOVERNMENT'S RESPONSE TO DEFENDANT BEVERLY'S MOTION TO TERMINTATE SUPERVISED RELEASE EARLY [DOC. NO. 475]** using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

    s/Maggie E. Grenvik
    Maggie E. Grenvik
    Legal Assistant