# UNITED STATES DISTRICT COURT
### DISTRICT OF COLORADO
### PROBATION OFFICE



**LAVETRA A. CASTLES**
**Chief U.S. Probation Officer**

Byron G. Rogers U.S. Courthouse
1929 Stout Street, Suite C-120
Denver, CO 80294-0101
Phone: (303) 844-5424

212 North Wahsatch Avenue, Suite 300
Colorado Springs, CO 80903-3476
Phone: (719) 471-3387

October 3, 2016

**ELIZABETH MILLER**
**Deputy Chief U.S. Probation Officer**

400 Rood Avenue, Room 309
Grand Junction, CO 81501-2520
Phone: (970) 245-5396

103 Sheppard Drive, Suite 206
Durango, CO 81303-3439
Phone: (970) 385-9564

RESPOND TO:   Denver

RE:   Defendant:  Donald **BEVERLY**
      Docket No.: 1:11CR00362-2
      **PROBATION RESPONSE TO DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISION [Document 475]**

This correspondence follows the Court's directive that the Probation Office respond to the defendant's motion for consideration of early termination.

On June 12, 2014, the defendant was sentenced to fourteen (14) months imprisonment and three (3) years supervised release for Wire Fraud and Aiding and Abetting, in violation of 18 U.S.C. §§ 1343 and 2. Additionally, the Court imposed a $100 special assessment fee and restitution in the amount of $1,186,055.00, to be paid joint and several. The defendant commenced supervision in the Central District of California on July 20, 2015, and has been supervised in that district since.

The defendant has been on supervision for approximately one year and two months, which makes him statutorily eligible for early termination, pursuant to 18 U.S.C. § 3583(e)(1). To evaluate suitability for early termination, the Probation Office is mandated to consider the following criteria that have been approved by the Judicial Conference Committee on Criminal Law.  The defendant shall have:

- stable community reintegration (e.g., residence, family, employment);
- progressive strides toward supervision objectives and in compliance with all conditions of probation;
- no aggravated role in the offense of conviction, particularly large drug or fraud offenses;
- no history of violence (e.g., sexually assaultive, predatory behavior, or domestic violence);
- no recent arrests or convictions (including unresolved pending charges), or ongoing, uninterrupted patterns of criminal conduct;
- no recent evidence of alcohol or drug abuse;
- no recent psychiatric episodes;
- no identifiable risk to the safety of any identifiable victim; and
- no identifiable risk to public safety based on the Risk Prediction Index (RPI) score of zero (0) or one (1).

According to the above-noted criteria, the defendant's RPI (Recidivism Prediction Index) score must be a 0 or 1. The defendant has a RPI score of 1, noting this is his only felony conviction. He has maintained a stable residence, has a strong family support system, and has obtained employment. I spoke to United States Probation Officer (USPO) Kendra Mendoza, who supervises the defendant in the Central District of California, regarding this motion. She reported that Mr. Beverly has made progressive strides toward supervision objectives and is in compliance with all conditions of supervision. He has had no recent arrest or convictions or ongoing uninterrupted patterns of criminal conduct.  USPO Mendoza did note her concern as being his length of employment, yet supports his early termination request.  Mr. Beverly secured employment on January 27, 2016, and has been working since.

Punitively, the defendant served 11 months in prison. Restoratively, the defendant has paid his special assessment fee in full and pays a minimum of 10% of his gross monthly income toward restitution, which is collected by the Financial Litigation Unit (FLU). To date, $9,246.67 has been paid collectively toward restitution, and the defendant's contribution has been $938.87, which leaves a balance of $1,176.908.33.  The FLU will continue to collect the defendant's restitution payments should the defendant's motion be granted.

Based on the foregoing, the Probation Office supports the defendant's motion for early termination. Should the Court have any questions regarding the above, please contact this officer at: (303) 335-2411.

Respectfully Submitted,

**s/Kit Griffin**
Kit Griffin
U.S. Probation Officer

Approved:

*s/Edgar T. Ruiz*
Edgar T. Ruiz
Supervising U.S. Probation Officer