UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Criminal Case No.  11-cr-00362-WYD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

2.  DONALD BEVERLY,

     Defendant.

---

## ORDER

---

THIS MATTER comes before the Court on Defendant's *pro se* Motion to

Terminate Defendant's Supervised Release Term filed September 7, 2016.  By Minute

Order of September 22, 2016, I ordered a response by the Government and the

Probation Office.

The Probation Office submitted a response to Defendant's motion on October 3,

2016, in which it supports Defendant's motion for early termination of supervised

release.  The Probation Office indicates that Defendant has been on supervision for

approximately one year and two months, which makes him statutorily eligible for early

termination, and that it considered the criteria approved by the Judicial Conference

Committee on Criminal Law.  Among other things, Probation notes that Defendant's RPI

("Recidivism Prediction Index") score is 1, within the range indicating no identifiable risk

to public safety.  Defendant has maintained a stable residence, has a strong family

support system, has obtained employment, has made progressive strides toward

supervision objectives, and is in compliance with all conditions of supervision. Probation's response also indicates that the probation officer who is currently supervising Defendant supports his termination motion.  Also on October 3, 2016, the Government filed a response stating that it does not object to Defendant's motion.

Turning to my analysis, 18 U.S.C. § 3564(c) authorizes a court to order early termination of probation "if it is satisfied that such action is warranted by the conduct of the defendant and the interest of justice," and after considering the factors set forth in § 3553(a) relating to the imposition of a sentence.  The latter provision provides that a sentence (1) must reflect the seriousness of the offense in order to promote respect for the law and provide just punishment; (2) afford adequate deterrence to criminal conduct; (3) protect the public from further crimes of the defendant; and, (4) provide defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner.

In this case, I note that Defendant was sentenced on June 14, 2016, to fourteen (14) months imprisonment and three (3) years supervised release for Wire Fraud and Aiding and Abetting in violation of 18 U.S.C. §§ 1343 and 2.  Defendant commenced supervision in the Central District of California on July 20, 2015, and has been supervised in that district since.

Afer having considered the motion and responses by Probation and the Government, I find that early termination of probation is warranted in this case based on the conduct of Defendant, the § 3553(a) factors, and the interest of justice.  While I recognize that the crime committed by Defendant was serious, Defendant has a low RPI

score indicating no identifiable risk to public safety.  Accordingly, I do not find Defendant

to be a threat to the public.  I also find that the time Defendant has already spent on

supervised release, combined with his term of imprisonment, is sufficient to afford

adequate deterrence, and no additional time is necessary on release in regard to this

factor.  The facts demonstrate that Defendant is trying hard to overcome this conviction

and live a law-abiding and productive life.  There are no identified needs for educational

or vocational training, medical care, or other treatment which could be facilitated from

further supervision.  Accordingly, I find that early termination from supervised release is

appropriate pursuant to 18 U.S.C. § 3564(c).

It is therefore

ORDERED that Defendant's *pro se* Motion to Terminate Defendant's Supervised

Release Term filed September 7, 2016 (ECF No. 475) is **GRANTED**.  Defendant's

sentence of supervised release is terminated.

Dated:  October 25, 2016

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge